# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff | Criminal No. 4:25-cr-121 |
| vs. | **MOTION TO SET CHANGE OF PLEA HEARING** |
| **JASON LEE BAXTER-BLAKELY,** | |
| Defendant. | |

Comes now Defendant Baxter-Blakely, by and through Counsel, who gives notice of his intent to plead guilty to Counts I and 18 of the Superseding Indictment and requests a hearing date and time to accomplish the same. The last day for acceptance of responsibility is February 27, 2026. Counsel for the Defendant requests the hearing be set for the afternoon of February 25, 26 or 27.

The Defendant will plead to Counts I and 18 pursuant to a written plea agreement.

.

Respectfully Submitted February 18, 2026

                              /s/ Dennis E. McKelvie

                              Dennis E. McKelvie AT0005205
                              McKelvie Law Office
                              P.O. Box 213
                              Grinnell, Iowa  50112
                              (641)236-6631
                              (641)843-7553 fax
                              dsmckel@gmail.com

All parties hereto served by ECF on February 18, 2026/s/ Dennis E. McKelvie